■ In the Matter of THEODORE GRIECO, JR., Appellant, v FRANCIS FUGARO, Respondent.—Order, Supreme Court, New York County, entered on August 18, 1978, unanimously affirmed for the reasons stated by M. Evans,

J., at Special Term, without costs and without disbursements. Concur—Lane, J. P., Markewich, Lupiano and Bloom, JJ.